Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE:

NADIA MICHELLE LIPSCOMB

           Debtor(s).

Case No.: 6:19-bk-11281-RB

NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE
[ 11 U.S.C. 1307(c) ]

Hearing Date: 11/16/2022

TO DEBTOR(S), COUNSEL, AND ALL INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 06/09/2022.

The hearing on this motion which was scheduled for 11/16/2022, should be taken off calendar.

TAX MOTION IS WITHDRAWN.

Date: 11/09/2022

_____
Rod Danielson, Chapter 13 Trustee

FG:181 - 11/09/2022 - RD