Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

## STATUS REPORT - CASE #6:19-bk-11281-RB  AS OF 3/31/2023

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 03/23/23 | $745.00 | 03/2023 | $745.00 |
| 02/24/23 | $985.00 | 02/2023 | $1,485.00 |
| 02/09/23 | $500.00 | 01/2023 | $1,485.00 |
| 01/27/23 | $400.00 | 12/2022 | $745.00 |
| 01/13/23 | $485.00 | 11/2022 | $2,250.00 |
| 01/04/23 | $600.00 | 10/2022 | $500.00 |
| 12/05/22 | $745.00 | 09/2022 | $150.00 |
| 11/23/22 | $250.00 | 08/2022 | $1,300.00 |
| 11/21/22 | $255.00 | 07/2022 | $500.00 |
| 11/21/22 | ($255.00) | 06/2022 | $2,000.00 |
| 11/17/22 | $2,000.00 | 05/2022 | $0.00 |
| 10/26/22 | $500.00 | 04/2022 | $1,771.00 |

NADIA MICHELLE LIPSCOMB
3033 ANDREAS PALM WAY
PERRIS, CA  92571

CURRENT CASE DISPOSITION: **ACTIVE**

| | | | |
|---|---|---|---|
| FILING DATE: | 02/19/2019 | MONTHLY PLAN PMT AMT: $1,485.00 | FEES PAID TO ATTY: $4,700.00 |
| 1ST MEETING DATE: | 03/27/2019 | GROSS RECEIPTS: $75,898.00 | FEES PAID TO TRUSTEE: $4,692.22 |
| CONFIRMATION DATE: | 08/01/2019 | REFUNDS FR CREDITORS: $0.00 | REFUNDS TO DEBTOR: $0.00 |
| TERM OF PLAN: | 84 MONTHS | NET PAID CREDITORS: $65,827.08 | BALANCE ON HAND: $678.70 |
| PERCENT TO UNSEC.: | 0.00% | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $4,700.00 | $4,700.00 | $4,700.00 | $0.00 | $0.00 |
| 0001 | AMELIA SQUARE HOMEOWNERS AS | SECURED | 2.20 | $71,783.54 | $44,383.69 | $24,565.69 | $3,012.98 | $19,818.00 |
| 0002 | NEWREZ LLC | MORTGAGE ARREARS | 0.00 | $105,000.00 | $8,118.89 | $4,702.73 | $0.00 | $3,416.16 |
| 0003 | JPMORGAN CHASE BANK NA | SECURED | 0.00 | $0.00 | $13,000.00 | $8,873.58 | $0.00 | $4,126.42 |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $0.00 | $223.95 | $0.00 | $0.00 | $0.00 |
| 0005 | WELLS FARGO BANK NA | UNSECURED | 0.00 | $0.00 | $2,511.75 | $0.00 | $0.00 | $0.00 |
| 0006 | AMELIA SQUARE HOMEOWNERS AS | SECURED | 2.20 | $0.00 | $25,424.47 | $14,071.88 | $1,725.98 | $11,352.59 |
| 0007 | AMELIA SQUARE HOMEOWNERS AS | SECURED | 2.20 | $0.00 | $22,434.88 | $7,600.54 | $1,273.70 | $14,834.34 |
| 10003 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $0.00 | $1,755.82 | $0.00 | $0.00 | $0.00 |
| | | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | | **$53,547.51** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.