Rod Danielson, Chapter 13 Standing Trustee
3787 University Avenue, Riverside, CA 92501
Tel. (951) 826-8000

**STATUS REPORT - CASE #6:19-bk-11281-RB  AS OF 9/30/2023**

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 09/08/23 | $745.00 | 10/2023 | $0.00 |
| 08/10/23 | $745.00 | 09/2023 | $745.00 |
| 07/27/23 | $200.00 | 08/2023 | $745.00 |
| 07/13/23 | $745.00 | 07/2023 | $995.00 |
| 07/06/23 | $50.00 | 06/2023 | $1,490.00 |
| 06/15/23 | $745.00 | 05/2023 | $2,230.00 |
| 06/02/23 | $745.00 | 04/2023 | $2,230.00 |
| 05/18/23 | $745.00 | 03/2023 | $745.00 |
| 05/05/23 | $1,485.00 | 02/2023 | $1,485.00 |
| 04/20/23 | $1,485.00 | 01/2023 | $1,485.00 |
| 04/06/23 | $745.00 | 12/2022 | $745.00 |
| 03/23/23 | $745.00 | 11/2022 | $2,250.00 |

NADIA MICHELLE LIPSCOMB
3033 ANDREAS PALM WAY
PERRIS, CA  92571

CURRENT CASE DISPOSITION: ACTIVE

| FILING DATE: | 02/19/2019 | MONTHLY PLAN PMT AMT: | $1,485.00 | FEES PAID TO ATTY: | $4,700.00 |
|---|---|---|---|---|---|
| 1ST MEETING DATE: | 03/27/2019 | GROSS RECEIPTS: | $84,333.00 | FEES PAID TO TRUSTEE: | $5,470.27 |
| CONFIRMATION DATE: | 08/01/2019 | REFUNDS FR CREDITORS: | $0.00 | REFUNDS TO DEBTOR: | $0.00 |
| TERM OF PLAN: | 84 MONTHS | NET PAID CREDITORS: | $73,492.22 | BALANCE ON HAND: | $670.51 |
| PERCENT TO UNSEC.: | 0.00% | | | | |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | HESTON & HESTON, ATTORNEYS AT | ATTORNEY FEE | N/A | $4,700.00 | $4,700.00 | $4,700.00 | $0.00 | $0.00 |
| 0001 | AMELIA SQUARE HOMEOWNERS AS | SECURED | 2.20 | $71,783.54 | $44,383.69 | $27,637.94 | $3,182.20 | $16,745.75 |
| 0002 | NEWREZ LLC | MORTGAGE ARREARS | 0.00 | $105,000.00 | $8,118.89 | $5,254.16 | $0.00 | $2,864.73 |
| 0003 | JPMORGAN CHASE BANK NA | SECURED | 0.00 | $0.00 | $13,000.00 | $9,845.99 | $0.00 | $3,154.01 |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | $0.00 | $223.95 | $0.00 | $0.00 | $0.00 |
| 0005 | WELLS FARGO BANK NA | UNSECURED | 0.00 | $0.00 | $2,511.75 | $0.00 | $0.00 | $0.00 |
| 0006 | AMELIA SQUARE HOMEOWNERS AS | SECURED | 2.20 | $0.00 | $25,424.47 | $15,831.76 | $1,822.91 | $9,592.71 |
| 0007 | AMELIA SQUARE HOMEOWNERS AS | SECURED | 2.20 | $0.00 | $22,434.88 | $8,511.30 | $1,405.96 | $13,923.58 |
| 10003 | JPMORGAN CHASE BANK NA | UNSECURED | 0.00 | $0.00 | $1,755.82 | $0.00 | $0.00 | $0.00 |
| | | | | | | | **TOTAL PRINCIPAL BALANCE OWED*:** | **$46,280.78** |

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL .   IT DOES NOT TAKE INTO ACCOUNT ANY BALANCE ON HAND, NOR DOES IT INCLUDE TRUSTEE'S FEES  (ESTIMATED AT 11%), ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE.