| | |
|---|---|
| 7150.0042/.0005/.0032<br>JAMES A. JUDGE (S.B.N. 122227)<br>THE JUDGE LAW FIRM, ALC<br>300 Spectrum Center Drive, Suite 100<br>Irvine, California 92618<br>Telephone: (949) 833-8633<br>Fax:  (949) 833-0154<br>Email: James@thejudgefirm.com | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case:<br>Nadia Michelle Lipscomb | CASE NO.: 6:19-bk-11281-RB<br><br>CHAPTER: 13 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:  ☐ Debtor    ☐ Joint-Debtor    ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):  Ameila Square Homeowner's Association c/o The Judge Law Firm, ALC

   Mailing Address:  18650 MacArthur Blvd., Ste. 450

   City, State, Zip Code:  Irvine, CA 92612

3. **New Address:**

   Mailing Address:  300 Spectrum Center Drive, Suite 100

   City, State, Zip Code:  Irvine, CA 92618

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 04/16/2024                James A. Judge
                                Requestor's printed name(s)

                                /s/ James A. Judge
                                Requestor's signature(s)

                                Attorney for Creditor, Ameila Square Homeowner's Association
                                Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                       F 1002-1.3.CHANGE.ADDRESS