**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**NADIA MICHELLE LIPSCOMB**<br><br><br><br>Debtor(s). | CHAPTER 13<br>CASE NO.:  6:19-bk-11281-RB<br><br>NOTICE AND MOTION FOR ORDER<br>DISMISSING CHAPTER 13 CASE<br>(TAX RETURNS/REFUNDS)<br><br>Hearing Date:   6/18/2025<br>Hearing Time:   2:00 pm<br>Courtroom:     303<br>                      3420 Twelfth Street<br>                      Riverside, CA 92501 |

PLEASE TAKE NOTICE that the Chapter 13 Trustee hereby moves the court for an order dismissing this case for the reasons set forth below:

Debtor is required to submit copies of the most recent year's state and federal tax returns to the Trustee within 14 days of the date those returns have been filed with the applicable taxing agency. Local Bankruptcy Rule 3015-1(o).  In addition, tax refunds received during the term of the plan may be pledged to the plan.  See Order Confirming Plan.

Dismissal is requested pursuant to 11 U.S.C. section 1307(c)(6) in that a material default has ocurred with respect to a term of the confirmed plan.  Debtor was required to execute the terms set forth above in the time period set forth above; to date, debtor has failed to do so in the following respects:

DEBTOR FAILED TO SUBMIT A COPY OF THE 2024 FEDERAL AND STATE TAX RETURN AND ANY CORRESPONDING REFUNDS TO THE CHAPTER 13 TRUSTEE.

Any party in interest wishing to oppose the motion must file and serve opposition papers on the Trustee no later than fourteen (14) days prior to the date of the hearing.  Failure to comply with these provisions will result in the dismissal of the case.  See also Local Bankruptcy Rule 3015-1(w)(3)(A).

Date: 5/21/2025

_____
/s/ Rod Danielson
Signature

1
2
3
4
### DECLARATION OF ROD DANIELSON

5

6
I hereby declare under the penalty of perjury:

7
   1.   I am the Chapter 13 Standing Trustee assigned to administer this case;

8
   2.   That I am familiar with the documents in my office file for this case as well as any information

9
contained in my computer's database.  I routinely use this information in the day-to-day business of the

10
Trustee, I have reviewed this information, and I am well familiar with the documents filed in this case,

11
as well as the history of receipts and dibursements.

12
   3.   The petition in this case was filed on <u>February 19, 2019</u> and the plan was confirmed on
<u>August 01, 2019</u>.

13
   4.   Local Bankruptcy Rule 3015-1(o) provides that the debtor is required to submit copies of the

14
state and federal income tax returns to the Trustee within 14 days of the date those returns have

15
been filed with the appropriate taxing authority.

16
   5.   The order confirming the plan in this case provides that all tax refunds received during the term

17
of the plan are pledged to the plan, except as otherwise noted.

18
   6.   A material default has ocurred with respect to a term of the confirmed plan.  Debtor was

19
required to execute the terms set forth above in the time period set forth above; to date, debtor has

20
failed to do so in the following respects:

21
   <u>DEBTOR FAILED TO SUBMIT A COPY OF THE 2024 FEDERAL AND STATE TAX
RETURN AND ANY CORRESPONDING REFUNDS TO THE CHAPTER 13 TRUSTEE.</u>

22

23
I Declare under penalty of perjury that the foregoing is true and correct.

24
Dated this <u>May 21, 2025</u> at Riverside, CA 92501.

25
               /s/ Rod Danielson

26
                 Signature

27

28

ROD DANIELSON, Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501-3332
(951) 826-8000   FAX (951) 826-8090

FOR COURT USE ONLY

☐

☒ Attorney for

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re:   **NADIA MICHELLE LIPSCOMB**

**Chapter: 13**
Case Number: **6:19-bk-11281-RB**

**SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO**

DATE:               06/18/2025
TIME:                 2:00 pm
COURTROOM:    303
PLACE:             3420  12th Street

**Movant:** Rod Danielson, Chapter 13 Trustee

1.  Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held (
    the date and time indicated above in the above-captioned case, before the Honorable Magdalena Reyes
    Bordeaux, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

> **MOTION FOR ORDER DISMISSING CHAPTER 13 CASE (TAX RETURNS/REFUNDS)**

2.  **Please be advised that the Court will conduct the hearing in person and remotely using
    ZoomGov audio and video technology.**  Information on how to participate in the hearing remotely using
    ZoomGov is provided on the following page of this notice.

FG:110 - 05/21/2025 - BK

3.  Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4.  Individuals attending the hearing remotely may connect to ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrate camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5.  Individuals attending the hearing remotely also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6.  A Zoom or ZoomGov account is **NOT** necessary to remotely participate in or observe the hearing, and no pre-registration is required.

7.  The audio portion of the hearing will be recorded electronically by the Court and will constitute its official record.

8.  All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9.  The following is the unique ZoomGov connection information for the above-referenced hearing:
    Meeting URL: <https://cacb.zoomgov.com/s/1615093469>
    Meeting ID: 161 509 3469
    Password:  3032024
    Telephone: (669) 254-5252 or (646) 828-7666

10. More information on using ZoomGov to participate remotely in this hearing is available on the Court's webs


Dated: 05/21/2025

|  | Rod Danielson, Chapter 13 Trustee |
| --- | --- |
|  | Printed name of law firm |
| By: | /s/ Rod Danielson |
|  | Signature |
| Name: | Rod Danielson |
|  | Printed name of attorney |

| In re: **NADIA MICHELLE LIPSCOMB** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:19-bk-11281-RB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **NOTICE AND MOTION FOR ORDER DISMISSING CHAPTER 13 CASE (TAX RETURNS/REFUNDS)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **05/21/2025** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person (s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
US Trustee: ustpregion16.rs.ecf@usdoj.gov
BEN@HESTONLAW.COM

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served ):
On **05/21/2025** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here*

NADIA MICHELLE
LIPSCOMB
3033 ANDREAS PALM WAY
PERRIS, CA  92571

HONORABLE MAGDALENA
REYES BORDEAUX
3420 TWELFTH ST, SUITE 365
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

| _____05/21/2025_____ | _____/s/ Bridget Kelly_____ |
|---|---|
| Date | Signature |