```
ROD DANIELSON
CHAPTER 13 TRUSTEE
3787 University Avenue
Riverside, CA 92501
Tel.: (951) 826-8000
Fax: (951) 826-8090
```

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>**NADIA MICHELLE LIPSCOMB**<br>**3033 ANDREAS PALM WAY**<br>**PERRIS, CA 92571**<br><br>Debtor(s). | Case No.: **6:19-bk-11281-RB**<br><br>NOTICE OF INTENT TO PAY CLAIMS<br>(Change of Creditor Address) |

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, AND OTHER PARTIES IN INTEREST, that the Trustee has been notified that the below listed creditor has changed its address. The Trustee intends to pay claims of the following Creditor at the new address listed below unless objection is made to the Clerk of the Court at 3420 Twelfth Street, Riverside, CA 92501 AND to the Chapter 13 Trustee at the above address, by the Debtor(s), Creditor or any other party in interest.

| PREVIOUS ADDRESS | NEW ADDRESS |
|---|---|
| JPMORGAN CHASE BANK NA<br>ATTN: NATIONAL BANKRUPTCY DEPT<br>PO BOX 901032<br>FT. WORTH, TX 76101-2032 | JPMORGAN CHASE BANK NA<br>ATTN: NATIONAL BANKRUPTCY DEPARTMENT<br>700 KANSAS LANE LA4-6310<br>MONROE, LA 71203 |

**THE ABSENCE OF A PROPERLY SERVED, WRITTEN OBJECTION FILED WITH THE COURT, IS DEEMED AN APPROVAL BY THE DEBTOR(S), CREDITOR AND OTHER PARTIES IN INTEREST TO PAYMENT OF CLAIM(S) AS LISTED ABOVE.**

Dated: 11/19/2025

/s/ Rod Danielson
_____
Signature

FG:011 - LC                    3

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | Case No.: 6:19-bk-11281-RB |
| NADIA MICHELLE LIPSCOMB<br>3033 ANDREAS PALM WAY<br>PERRIS, CA 92571 | CHAPTER 13 |
| Debtor(s). | |

## PROOF OF SERVICE

I, Luis Carrillo, am employed by Rod Danielson, Chapter 13 Trustee. On 11/19/2025, I served a true copy of the within NOTICE OF INTENT TO PAY CLAIM on the following persons by mail:

NADIA MICHELLE LIPSCOMB
3033 ANDREAS PALM WAY
PERRIS, CA 92571

HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD RD, STE 280
IRVINE, CA 92612

JPMORGAN CHASE BANK NA
ATTN: NATIONAL BANKRUPTCY DEPT
PO BOX 901032
FT. WORTH, TX 76101-2032

JPMORGAN CHASE BANK NA
ATTN: NATIONAL BANKRUPTCY DEPARTMENT
700 KANSAS LANE LA4-6310
MONROE, LA 71203

1  ROD DANIELSON
   CHAPTER 13 TRUSTEE
2  3787 University Avenue
   Riverside, CA 92501
3  Tel.: (951) 826-8000
   Fax: (951) 826-8090
4

5             UNITED STATES BANKRUPTCY COURT
              CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION
6

7

8  IN RE:

9  NADIA MICHELLE LIPSCOMB            Case No.: 6:19-bk-11281-RB
   3033 ANDREAS PALM WAY
10 PERRIS, CA 92571                   NOTICE OF INTENT TO PAY CLAIMS
                                      (Change of Creditor Address)
11              Debtor(s).

12

13     NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, AND OTHER
14 PARTIES IN INTEREST, that the Trustee has been notified that the below listed creditor has changed its
   address. The Trustee intends to pay claims of the following Creditor at the new address listed below
15 unless objection is made to the Clerk of the Court at 3420 Twelfth Street, Riverside, CA 92501 AND to
   the Chapter 13 Trustee at the above address, by the Debtor(s), Creditor or any other party in interest.
16

17
     PREVIOUS ADDRESS                        NEW ADDRESS
18   JPMORGAN CHASE BANK NA                  JPMORGAN CHASE BANK NA
     ATTN: NATIONAL BANKRUPTCY DEPT          ATTN: NATIONAL BANKRUPTCY DEPARTMENT
19   PO BOX 901032                           700 KANSAS LANE LA4-6310
     FT. WORTH, TX 76101-2032                MONROE, LA 71203
20

21

22 **THE ABSENCE OF A PROPERLY SERVED, WRITTEN OBJECTION FILED WITH THE
   COURT, IS DEEMED AN APPROVAL BY THE DEBTOR(S), CREDITOR AND OTHER
23 PARTIES IN INTEREST TO PAYMENT OF CLAIM(S) AS LISTED ABOVE.**

24 Dated: 11/19/2025
                                             /s/ Rod Danielson
25                                           Signature

26

27

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE:<br><br>NADIA MICHELLE LIPSCOMB<br>3033 ANDREAS PALM WAY<br>PERRIS, CA 92571<br><br>                                Debtor(s). | Case No.: 6:19-bk-11281-RB<br><br>CHAPTER 13 |

PROOF OF SERVICE

I, Luis Carrillo, am employed by Rod Danielson, Chapter 13 Trustee. On 11/19/2025, I served a true copy of the within NOTICE OF INTENT TO PAY CLAIM on the following persons by mail:

NADIA MICHELLE LIPSCOMB
3033 ANDREAS PALM WAY
PERRIS, CA 92571

HESTON & HESTON, ATTORNEYS AT LAW
19700 FAIRCHILD RD, STE 280
IRVINE, CA 92612

JPMORGAN CHASE BANK NA
ATTN: NATIONAL BANKRUPTCY DEPT
PO BOX 901032
FT. WORTH, TX 76101-2032

JPMORGAN CHASE BANK NA
ATTN: NATIONAL BANKRUPTCY DEPARTMENT
700 KANSAS LANE LA4-6310
MONROE, LA 71203

FG:011 - LC      10,003