Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| IN RE:<br><br>NADIA MICHELLE LIPSCOMB<br><br>Debtor(s). | Case No.: 6:19-bk-11281-RB<br><br>NOTICE OF VOLUNTARY DISMISSAL OF TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 CASE<br>[ 11 U.S.C. 1307(c) ]<br><br>(No Date Set) |

TO DEBTOR, COUNSEL, CREDITORS AND ALL OTHER INTERESTED PARTIES:

Notice is hereby given that the Chapter 13 Trustee hereby withdraws his Motion To Dismiss dated 7/16/2025.

Date:    12/8/2025

/s/ Rod Danielson
_____
Signature