Certificate Number: 14912-CAC-DE-040393872

Bankruptcy Case Number: 19-11281



14912-CAC-DE-040393872

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 9, 2025</u>, at <u>12:22</u> o'clock <u>AM EST</u>, <u>Nadia Lipscomb</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>December 9, 2025</u>          By:    <u>/s/Jai Bhatt</u>

                                    Name:  <u>Jai Bhatt</u>

                                    Title:  <u>Counselor</u>