| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **NADIA MICHELLE LIPSCOMB** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Central District of California** (State) |
| Case Number | **6:19-bk-11281-RB** |

## Official Form 410C13-N
## Trustee's Notice of Disbursements Made                                12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** AMEILA SQUARE HOMEOWNERS ASSOC

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 0 5

**Property Address:** 3303 ANDREAS PALMS WAY
Number    Street

PERRIS                                            CA    92571
City                                              State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder may be accessed here: www.13network.com.

### Part 3: Arrearages

| | Amount |
|---|---:|
| a. Allowed amount of prepetition arrearage: | $ 92,243.04 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 99,791.19 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 99,791.19 |

| Part 4: | Postpetition Payment |

*Check one:*

☒ Postpetition payments are made by the debtor.
☐ Postpetition payments are paid through the trustee.
☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ _____-0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ _____-0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Rod Danielson                                      Date  03/05/2026
Signature

Trustee

Rod Danielson
First Name      Middle Name      Last Name

Address

3787 University Avenue
Number     Street

Riverside                                CA       92501
City                                     State    ZIP Code

Contact phone  (951) 826-8000              Email  rodd@rodan13.com

| In re: **NADIA MICHELLE LIPSCOMB** Debtor(s) | **Chapter: 13** Case Number: **6:19-bk-11281-RB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **TRUSTEE'S NOTICE OF DISBURSEMENTS MADE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **03/05/2026**, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee: ustpregion16.rs.ecf@gov.com
rheston@hestonlaw.com

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **03/05/2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class postage prepaid, and addressed as follows. Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
NADIA MICHELLE LIPSCOMB
3033 ANDREAS PALM WAY
PERRIS, CA 92571

AMELIA SQUARE HOMEOWNERS ASSOC.
5966 LA PIACE COURT, STE 170
CARLSBAD, CA 92008

☐ Service Information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/05/2026 | /s/ Rod Danielson |
|---|---|
| Date | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

RD
June 2012

**F 9013-3.1.PROOF.SERVICE**