**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>**NADIA MICHELLE LIPSCOMB**<br><br>Debtor(s). | **Chapter 13**<br>**Case No.: 6:19-bk-11281-RB**<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE, AND CLOSE CASE**<br><br>**(COMPLETED CASE)** |

TO: THE ABOVE NAMED DEBTOR(S), CREDITORS, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

　　　NOTICE IS HEREBY GIVEN that the Chapter 13 Trustee in the above-captioned case whose name and address is set forth in the upper left-hand corner of this notice, intends to file a Final Report, a summary of which is attached hereto; and

　　　NOTICE IS FURTHER GIVEN that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee and close the case (see 11 U.S.C. 350 (a) and Rule 5009, F.R.B.P.); and

　　　NOTICE IS FURTHER GIVEN that any objection together with a notice setting forth the date, time and location of the hearing on the objection, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor(s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

　　　Failure to schedule a hearing and serve notice thereof shall be deemed a waiver/withdrawal of any objection, and the case will be closed accordingly. Filing a claim or amended claim does not constitute filing an "objection" for purposes of case closing. Contact your attorney for more information.

　　　Executed on 3/10/2026 at Riverside, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Rod Danielson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

IN RE: NADIA MICHELLE LIPSCOMB                                             Case No.: 6:19-bk-11281-RB
       3033 ANDREAS PALM WAY                                              Judge: Magdalena Reyes Bordeaux
       PERRIS,  CA  92571

# DRAFT FINAL REPORT AND ACCOUNT

This case was: **COMPLETED**                                                                           SSN#1 - XXX-XX-5609
                                                                                                        SSN#2 -

| This Case was: commenced on 02/19/2019 | The Plan was: Confirmed on 08/01/2019 | The Case was: concluded on 03/05/2026 |
|---|---|---|

The trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors:                    $136,276.00

## DISTRIBUTIONS TO CREDITORS

| NAME OF CREDITOR | DESCRIPTION | CLASS | CLAIM AMOUNT | AMOUNT PAID | INTEREST PAID | BALANCE DUE |
|---|---|---|---|---|---|---|
| AMEILA SQUARE HOMEOWNERS ASSOC | HOA LIEN | SECURED | 25,424.47 | 25,424.47 | 2,049.58 | 0.00 |
| AMEILA SQUARE HOMEOWNERS ASSOC | HOA LIEN A/C | SECURED | 22,434.88 | 22,434.88 | 1,920.92 | 0.00 |
| AMEILA SQUARE HOMEOWNERS ASSOC | HOA LIEN | SECURED | 44,383.69 | 44,383.69 | 3,577.65 | 0.00 |
| CAPITAL ONE BANK (USA), N.A. | N/S | UNSECURED | 223.95 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | 14 CHRYSLER TOWN & CO | SECURED | 13,000.00 | 13,000.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Split Claim | UNSECURED | 1,755.82 | 0.00 | 0.00 | 0.00 |
| NEWREZ, LLC | 1ST TD ARRS | MORTGAGE ARR | 8,118.89 | 8,118.89 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | N/S | UNSECURED | 2,511.75 | 0.00 | 0.00 | 0.00 |
| NADIA MICHELLE LIPSCOMB | REFUND | REFUND | 0.00 | 1.56 | 0.00 | 0.00 |

## SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | TOTAL PAID PRIN. & INT. |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 113,361.93 | 0.00 | 4,491.52 | | 1.56 | 117,855.01 | 120,911.64 |
| PRIN. PAID | 113,361.93 | 0.00 | 0.00 | | 1.56 | 113,363.49 | |
| INT. PAID | 7,548.15 | 0.00 | 0.00 | | | 7,548.15 | |

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY HESTON & HESTON, ATTORNEYS AT LAW | FEE ALLOWED 4,700.00 | FEE PAID THROUGH PLAN 4,700.00 |
|---|---|---|

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| FILING FEE & DEPOSIT: 0.00 | TRUSTEE EXP. & COMPENSATION FUND: 10,664.36 | OTHER COST: 0.00 | TOTAL: 10,664.36 |
|---|---|---|---|

CASE NO: 6:19-bk-11281-RB                                                              NADIA MICHELLE LIPSCOMB

## NOTICE Re: Accuracy of Final Report

    The Final Report in this case will be filed not less than 30 days from today's date. The financial accounting portion of the Final Report represents an accurate summary of the fiscal transactions in this case.  However, other information contained in the Final Report, including the number and dates of debtor defaults and plan modifications,  "claim asserted" amounts, value of assets exempted or abandoned by court order, etc. may not reflect all information in the court's records, particularly in older or dismissed/converted cases.  You may wish to log onto the court's document website at www.pacer.com, if you wish to verify the accuracy of non-financial information in the Final Report. There is a charge for accessing this website.

DATED: March 10, 2026                                                          /s/ Rod Danielson
                                                                                                         Signature

| In re: **NADIA MICHELLE LIPSCOMB**  Debtor(s) | **Chapter: 13**  Case Number: **6:19-bk-11281-RB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE AND CLOSE CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **03/10/2026** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**rheston@hestonlaw.com**

☐ Service Information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **3/10/2026** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person (s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012     FG:046                        Page 4 of 5                    F 9013-3.1.PROOF.SERVICE

| In re: **NADIA MICHELLE LIPSCOMB** | | **Chapter: 13** |
|---|---|---|
| | Debtor(s) | Case Number: **6:19-bk-11281-RB** |

## PROOF OF SERVICE - CONTINUED

NADIA MICHELLE LIPSCOMB
3033 ANDREAS PALM WAY
PERRIS, CA 92571

CAPITAL ONE BANK (USA), N.A.
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

WELLS FARGO BANK NA
C/O WELLS FARGO BANK NA
PO BOX 14487
DES MOINES, IA 50309

NEWREZ, LLC
DBA SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC 29603-0826

AMEILA SQUARE HOMEOWNERS ASSOC
C/O THE JUDGE LAW FIRM, ALC
300 SPECTRUM CENTER DR. STE 100
IRVINE, CA 92618

JPMORGAN CHASE BANK NA
ATTN: NATIONAL BANKRUPTCY DEPARTMENT
700 KANSAS LANE LA4-6310
MONROE, LA 71203

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

JUNE 2012        FG:046                                    Page 5 of 5                             F 9013-3.1.PROOF.SERVICE