**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel. (951) 826-8000, Fax (951) 826-8090**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:        Clerk, U.S. Bankruptcy Court

Re:        UNDISTRIBUTED FUNDS

Case No.:    6:19-bk-11281-RB

Debtor(s):    NADIA MICHELLE LIPSCOMB
            3033 ANDREAS PALM WAY
            PERRIS, CA  92571

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| Nadia M Lipscomb<br>3033 Andreas Palm Way<br>Perris, CA 92571 | $1.56 |

Dated: _____3/19/26_____

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000

NADIA MICHELLE LIPSCOMB
CASE: 6:19-bk-11281
BALANCE: 0.00    [0.00 Claim 00000]
ACCT:
PRINCIPAL: 1.56
INTEREST: 0.00

AMERICAN BUSINESS
400 S. Hope St., Suite 300
Los Angeles, CA 90071
(213) 430-4000

**CHECK NUMBER**
**0878592**

| CHECK DATE | AMOUNT |
|---|---|
| **Mar 19, 2026** | **\*\*\*\*\*\*\*\*\*\*\*1.56\*\*** |

VOID 45 DAYS FROM DATE

$$1.56$$

**PAY**    One And 56 / 100 Dollars Dollars

**TO THE**
**ORDER OF**

US BANKRUPTCY COURT
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA  92501

0878592

Rod Danielson

⑈0878592⑈ ⑆122042807⑈: 08207400⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS — COLOR WILL FADE AND THEN REAPPEAR ON AN AUTHENTIC CHECK — IF COLOR DOES NOT FADE DO NOT ACCEPT

---

**ROD DANIELSON, Chapter 13 Trustee**                    Check #.: 0878592
Payee: US BANKRUPTCY COURT                               Date: Mar 19, 2026

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 1911281 | NADIA MICHELLE LIPSCOMB | | 0 | 1.56 | 0.00 | 1.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PLEASE DETATCH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT | | | TOTALS: | 1.56 | 0.00 | 1.56 |