United States Bankruptcy Court

Central District of California

In re:                                                                              Case No. 19-11281-RB

Nadia Michelle Lipscomb                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                          Page 1 of 3

Date Rcvd: Apr 14, 2026                       Form ID: van111                      Total Noticed: 15

The following symbols are used throughout this certificate:

**Symbol       Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nadia Michelle Lipscomb, 3033 Andreas Palm Way, Perris, CA 92571 |
| cr | + | Amelia Square Homeowners Association, c/o The Judge Law Firm, ALC, 18881 Von Karman Ave, Ste 1500, Irvine, CA 92612-1582 |
| 39364921 | + | Amelia Square Homeowners Assoc., 5966 La Piace Court, Ste 170, Carlsbad, CA 92008-8830 |
| 39364920 | + | Amelia Square Homeowners Association, 300 Spectrum Center Drive, Suite 100, Irvine, CA 92618-4965 |
| 39364922 | + | Riverside County Sheriff's Office, Sherrif's Civil Division - Central, 30755-D Auld Road, Ste. L067, 2016206693, Murrieta, CA 92563-2506 |
| 39364923 | + | Riverside County Superior Court, 4050 Main St., TEC1206018, Riverside, CA 92501-3702 |
| 39364924 | | Shellpoint Mortgage Servicing, PO Box 740039, Cincinnati, OH 45274-0039 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Apr 15 2026 00:51:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 15 2026 00:51:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: cmartin@pralc.com | Apr 15 2026 00:51:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, et a, c/o Prober & Raphael, 20750 Ventura Blvd. #100, Woodland Hills, CA 91364-6207 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Apr 15 2026 00:51:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, 14841 DALLAS PARKWAY, SUITE 425, DALLAS, TX 75254-8067 |
| 39398671 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 15 2026 00:58:56 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 39419313 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 15 2026 00:59:06 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix AZ 85038-9505 |
| 39523055 | | Email/Text: mtgbk@shellpointmtg.com | Apr 15 2026 00:50:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 39440762 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 15 2026 00:58:56 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID       Bypass Reason   Name and Address**

District/off: 0973-6 User: admin Page 2 of 3

Date Rcvd: Apr 14, 2026 Form ID: van111 Total Noticed: 15

intp Courtesy NEF

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexander G Meissner | on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing  et al ameissner@pralc.com |
| Benjamin Heston | on behalf of Debtor Nadia Michelle Lipscomb bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christopher Giacinto | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing PLG@ecf.courtdrive.com  PLG@ecf.courtdrive.com |
| Ciro Mestres | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ciro.mestres@mccalla.com |
| Dana OBrien | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dana.obrien@mccalla.com |
| Dane W Exnowski | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Diana Torres-Brito | on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing  et al bkfilings@kjfesq.com |
| Ernest A. Yazzetti, Jr | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ernest.yazzetti@mccalla.com |
| Gilbert R Yabes | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com |
| James A Judge | on behalf of Creditor Amelia Square Homeowners Association james@thejudgefirm.com  mary@thejudgefirm.com |
| Julian T Cotton | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing BKECF@Padgettlawgroup.com bkecf@padgettlawgroup.com;julian.cotton@padgettlawgroup.com;jcotton@ecf.courtdrive.com |
| Mary D Vitartas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mvitartas@raslg.com bkecf@padgettlawgroup.com;MVitartas@ecf.courtdrive.com |
| Mukta Suri | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Mukta.Suri@mccalla.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sean C Ferry | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sferry@raslg.com  sean.ferry7@ecf.courtdrive.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

District/off: 0973-6                     User: admin                              Page 3 of 3
Date Rcvd: Apr 14, 2026                  Form ID: van111                          Total Noticed: 15
TOTAL: 16

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

## <u>NOTICE OF REQUIREMENT TO FILE A DEBTOR'S</u>
## <u>CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND</u>
## <u>APPLICATION FOR ENTRY OF DISCHARGE</u>

**DEBTOR(S) INFORMATION:**
Nadia Michelle Lipscomb
**SSN:** xxx–xx–5609
**EIN:** N/A

3033 Andreas Palm Way
Perris, CA 92571

**BANKRUPTCY NO.** 6:19–bk–11281–RB
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above–captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: April 14, 2026

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN–111

**128 / DR**