United States Bankruptcy Court

Central District of California

In re:

Nadia Michelle Lipscomb

    Debtor

Case No. 19-11281-RB

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0973-6                  User: admin                    Page 1 of 3

Date Rcvd: Jul 06, 2026              Form ID: 3180W                 Total Noticed: 15

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nadia Michelle Lipscomb, 3033 Andreas Palm Way, Perris, CA 92571 |
| cr | + | Amelia Square Homeowners Association, c/o The Judge Law Firm, ALC, 18881 Von Karman Ave, Ste 1500, Irvine, CA 92612-1582 |
| 39364921 | + | Amelia Square Homeowners Assoc., 5966 La Piace Court, Ste 170, Carlsbad, CA 92008-8830 |
| 39364920 | + | Amelia Square Homeowners Association, 300 Spectrum Center Drive, Suite 100, Irvine, CA 92618-4965 |
| 39364922 | + | Riverside County Sheriff's Office, Sherrif's Civil Division - Central, 30755-D Auld Road, Ste. L067, 2016206693, Murrieta, CA 92563-2506 |
| 39364923 | + | Riverside County Superior Court, 4050 Main St., TEC1206018, Riverside, CA 92501-3702 |
| 39364924 | | Shellpoint Mortgage Servicing, PO Box 740039, Cincinnati, OH 45274-0039 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jul 07 2026 09:59:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 07 2026 09:59:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/Text: cmartin@pralc.com | Jul 07 2026 06:34:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, et a, c/o Prober & Raphael, 20750 Ventura Blvd. #100, Woodland Hills, CA 91364-6207 |
| cr | + | Email/Text: bkmailings@nbsdefaultservices.com | Jul 07 2026 06:34:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, 14841 DALLAS PARKWAY, SUITE 425, DALLAS, TX 75254-8067 |
| 39398671 | | EDI: CAPITALONE.COM | Jul 07 2026 09:59:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 39419313 | | EDI: JPMORGANCHASE | Jul 07 2026 09:59:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix AZ 85038-9505 |
| 39523055 | | Email/Text: mtgbk@shellpointmtg.com | Jul 07 2026 06:33:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 39440762 | | EDI: WFCCSBK | Jul 07 2026 09:59:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**

District/off: 0973-6                          User: admin                                    Page 2 of 3
Date Rcvd: Jul 06, 2026                       Form ID: 3180W                                  Total Noticed: 15

intp                      Courtesy NEF

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander G Meissner | on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing  et al ameissner@pralc.com |
| Benjamin Heston | on behalf of Debtor Nadia Michelle Lipscomb bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Christopher Giacinto | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing PLG@ecf.courtdrive.com  PLG@ecf.courtdrive.com |
| Ciro Mestres | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ciro.mestres@mccalla.com |
| Dana OBrien | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dana.obrien@mccalla.com |
| Dane W Exnowski | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Diana Torres-Brito | on behalf of Creditor NewRez LLC DBA Shellpoint Mortgage Servicing  et al bkfilings@kjfesq.com |
| Ernest A. Yazzetti, Jr | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ernest.yazzetti@mccalla.com |
| Gilbert R Yabes | on behalf of Interested Party Courtesy NEF ecfcacb@aldridgepite.com  GRY@ecf.inforuptcy.com;gyabes@aldridgepite.com |
| James A Judge | on behalf of Creditor Amelia Square Homeowners Association james@thejudgefirm.com  mary@thejudgefirm.com |
| Julian T Cotton | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing BKECF@Padgettlawgroup.com bkecf@padgettlawgroup.com;julian.cotton@padgettlawgroup.com;jcotton@ecf.courtdrive.com |
| Mary D Vitartas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mvitartas@raslg.com bkecf@padgettlawgroup.com;MVitartas@ecf.courtdrive.com |
| Mukta Suri | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Mukta.Suri@mccalla.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Sean C Ferry | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sferry@raslg.com  sean.ferry7@ecf.courtdrive.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

District/off: 0973-6                              User: admin                              Page 3 of 3
Date Rcvd: Jul 06, 2026                          Form ID: 3180W                           Total Noticed: 15
TOTAL: 16

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Nadia Michelle Lipscomb | Social Security number or ITIN   xxx–xx–5609 | |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ | |
| | | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   Central District of California | | | |
| Case number:   6:19–bk–11281–RB | | | |

## Order of Discharge – Chapter 13                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nadia Michelle Lipscomb

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 7/6/26

**Dated:** 7/6/26                                   **By the court:**   Magdalena Reyes Bordeaux
                                                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**135/SH**

**For more information, see page 2 >**

Form 3180W–doa3                          **Order of Chapter 13 Discharge**                          page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**